# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 12, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 1 7 2015

CHRISTOPHER A. PRINE

CLERK

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

   Re: William Solomon Lewis
     v. Texas
     No. 14-8815
     (Your No. 1-13-00458-CR)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on March 5, 2015 and placed on the docket March 12, 2015 as No. 14-8815.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Andrew Downs
       Case Analyst